UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BORQUEZ, and KRISTY BORQUEZ, individually and on behalf of ROBERT BORQUEZ and MILDRED MAE BORQUEZ (Deceased),<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, CONTENTS SOLUTIONS, INC. and DOES 1 to 10, Inclusive,<br><br>Defendants. | Case No. LA CV 18-10165 JAK (ASx)<br><br>**ORDER RE REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>**JS-6** |

Upon review of the Plaintiff's request to dismiss this action with prejudice, it is hereby ordered that the request is **APPROVED**. The Court orders the case dismissed with prejudice against all parties.

IT IS SO ORDERED.

Dated: March 26, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE